## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | Civil Action No. 1:26-cv-11467 |
| LARESA SMITH, INDIVIDUALLY AND ) | |
| AS PERSONAL REPRESENTATIVE OF ) | |
| THE ESTATE OF IMMANUEL BROOKS, ) | |
| AND ADRIAN BROOKS, ) | |
| INDIVIDUALLY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF BOSTON, MATTHEW D. ) | |
| FARLEY, TRISTON G. CHAMPAGNIE ) | |
| AND CHARDEEZA COLEMAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, defendant City of Boston (the "City") files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

### CASE BACKGROUND AND GROUNDS FOR REMOVAL

1. On March 13, 2026, Plaintiffs commenced this civil action in the Suffolk Superior Court against Defendants, including the City of Boston, styled *as Laresa Smith, Individually, and as Personal Representative of the Estate of Immanuel Brooks, and Adrian Brooks, v. City of Boston, Matthew D. Farley, Triston G. Champagnie, and Chardeeza Coleman,* Civil Action No.: 2684CV00769 (the "State Court Action"). Plaintiffs assert seven counts against Defendants.

2. The City was served with a copy of the complaint on or about March 25, 2026.

Page **1** of **3**

3.      Plaintiffs assert various federal questions giving rise to the original jurisdiction of this Court, under 28 U.S.C., § 1331. Plaintiffs' Counts I, II, III, and IV assert federal claims under Section 42 U.S.C., § 1983 as follows:

Count I - Substantive Due Process violation against individual defendants;

Count II - a State Created Danger theory against the individual defendants;

Count III - Fourth Amendment violation for unreasonable seizure;

Count IV - Municipal liability for an alleged unconstitutional custom or practice.

4.      The rest of Plaintiffs' counts assert state tort claims against various Defendants, including wrongful death pursuant to G.L. c. 229, § 2, conscious pain and suffering, and finally, loss of consortium.

5.      As required by 28 U.S.C. § 1446(a), attached as Exhibit 1 is a copy of the process and pleadings served on the City in the State Court Action. This Notice of Removal is filed prior to the expiration of 30 days from the date of service. See, 28 U.S.C. § 1446(b)(1); Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999).

6.      This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 42 of the United State Code, and United States Constitution Amendments Four, and Fourteenth.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the State Court Action is pending in Massachusetts.

8.      As of this filing, no return of service has been filed by Plaintiffs showing service on the remaining Defendants.

9.      This Notice of Removal has been served on Plaintiffs' counsel.  A Notice of Filing of Notice of Removal, attached hereto as Exhibit 2, will be filed in the Suffolk Superior Court

upon the filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior

Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and

requests that further proceedings be conducted in this Court as provided by law.

Date: March 26, 2026

Respectfully submitted,
**Defendant, City of Boston**
By its attorney, Mike Firestone
Corporation Counsel
/s/ Mauricio J. Vaca
Mauricio J. Vaca (BBO#704470)
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA 02201
(617) 635-4031
mauricio.vaca@boston.gov

### CERTIFICATE OF SERVICE

I, Mauricio J. Vaca, hereby certify that on March 26, 2026, a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the Plaintiffs, at tflaws@anslawyers.com.

/s/ Mauricio J. Vaca
Mauricio J. Vaca (BBO#704470)